UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FIREMAN'S FUND INSURANCE COMPANY, as
subrogee of Quality King Distributors, Inc.,

                   Plaintiff,

      -against-

NEVER STOP TRUCKING, INC.,

                  Defendants.

-------------------------------------------------------------x

**MEMORANDUM AND ORDER**
No. 08-CV-3445(FB)(RER)

*Appearance:*
*For the Plaintiff:*
ROBERT W. PHELAN, ESQ.
Cozen O'Connor
45 Broadway, Suite 1600
16th Floor
New York, NY 10006

**BLOCK, Senior District Judge:**

        On July 31, 2009, Magistrate Judge Reyes issued a Report and Recommendation ("R&R") recommending that the Court enter a default judgment against defendant in the amount of $361,650.52 plus interest. *See* R&R at 8. The R&R also stated that failure to object within ten days would preclude appellate review. *See id.* Attorney for plaintiffs mailed a copy of the R&R to defendant on July 31, 2009; no objections have been filed.

        If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."*)*. The Court will excuse the failure

1

to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error, *see Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000); no such error appears here.  Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk to enter judgment in accordance with the R&R.

**SO ORDERED.**

                         _____

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, NY
October 9, 2009